# United States District Court
# For The Western District of North Carolina
# Statesville Division

L.B. Plastics, Inc.,

    Plaintiff(s),

vs.

Amerimax Home Products, Inc.,
Amerimax Diversified Products, Inc.,
d/b/a Gutter World
    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV22

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2006, Order.

Signed: May 16, 2006

_____
Frank G. Johns, Clerk
United States District Court